FILED

2009 NOV 30 AM 10: 57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES SANCHEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., LAND AMERICA COMMONWEALTH TITLE INSURANCE COMPANY, EXECUTIVE TRUSTEE SERVICES, GMAC MORTGAGE USA CORPORATION &DOES 1 through 20, ,<br><br>Defendants. | Case No. 09 CV 2005 JM (WMc)<br><br>Honorable Jeffrey Miller<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The Court, having reviewed and considered the parties' Joint Motion to Extend Time For GreenPoint Mortgage Funding, Inc. to Respond to Plaintiff's First Amended Complaint ("FAC"), and good cause appearing therefore, hereby orders that the time for Defendant GreenPoint Mortgage Funding, Inc. to respond to Plaintiff Lourdes Sanchez's FAC be extended to January 11, 2010, or thirty days from the date of the filing of the FAC, whichever is later.

**IT IS SO ORDERED.**

DATED: 11/24/09

_____
The Honorable Jeffrey Miller
Judge of the United States District Court