# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LOURDES SANCHEZ, | CASE NO. 09 CV 2005 JM (WMC) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| vs. | Doc. No. 5 |
| GREENPOINT MORTGAGE FUNDING, INC., BANK OF AMERICA HOME LOANS, ASTEC FORECLOSURE CORPORATION, OCWEN LOAN SERVICING, LLC, COASTAL EMPIRE MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for RWPO III, LLC as beneficiary and DOES 1-20, inclusive, | |
| Defendants. | |

Pending before the court is Defendants Ocwen Loan Servicing, LLC and RWPO III, LLC's motion to dismiss the complaint. (Doc. No. 5). On December 18, 2009, Plaintiff filed a first amended complaint. Accordingly, the court hereby DENIES the motion to dismiss as moot.

**IT IS SO ORDERED.**

DATED: January 7, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge