# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES SANCHEZ,<br><br>                    Plaintiff,<br><br>    v.<br><br>GREEN POINT MORTGAGE FUNDING, INC.; BANK OF AMERICA HOME LOANS; AZTEC FORECLOSURE CORPORATION; OCWEN LOAN SERVICING, LLC; COASTAL EMPIRE MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for RWPO III, LLC as beneficiary; and DOES 1-20, inclusive,<br><br>                    Defendants. | CASE NO. 09-CV-2005-JM (WMc)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE RE: DISMISSAL OF ACTION UNDER RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Doc. No. 63 |

On January 10, 2011, U.S. Magistrate Judge William McCurine, Jr. issued a Report and Recommendation ("R&R") in the above-entitled case recommending that the court dismiss this action based on Plaintiff's counsel's repeated failure to attend scheduled court conferences or to provide notice or explanation of his inability to appear. (Doc. No. 63.)

//
//
//
//
//

1    Having carefully considered the R&R, the record before the court, and the appropriate
2 legal authorities, and in the absence of any objections to the R&R, the court hereby ADOPTS
3 the R&R in its entirety and DISMISSES this action without prejudice as to all parties. The
4 Clerk of the Court is instructed to close the file.

5    **IT IS SO ORDERED.**

6 DATED: April 6, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge